AUSA: Ioannis Drivas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NERY GUSTAVO RAMOS DUARTE,

Defendant.

7:26 mj 276

**COMPLAINT**

Violations of 8 U.S.C. § 1326(a) & (b)(2)

COUNTY OF OFFENSE:
ROCKLAND

SOUTHERN DISTRICT OF NEW YORK, ss.:

PATRICK SHUART, being duly sworn, deposes and says that he is a Deportation Officer with the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), and charges as follows:

## COUNT ONE
### (Illegal Reentry)

1.      From at least on or about July 13, 2025, in the Southern District of New York and elsewhere, NERY GUSTAVO RAMOS DUARTE, the defendant, being an alien who has been denied admission, excluded, deported, and removed from the United States, and has departed the United States while an order of exclusion, deportation, and removal was outstanding, entered, and was found in, the United States, after removal that was subsequent to a conviction for commission of an aggravated felony, without having obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security ("DHS"), to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

The bases for my knowledge and for the foregoing charge is, in part, as follows:

2.      I have been a Deportation Officer with ICE since 2019.  I have been personally involved in the investigation of this matter.  This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, and my examination of reports and records.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3.      Based upon my participation in the investigation of this matter, and based upon my review of court records and records maintained by ICE and other federal and state agencies regarding NERY GUSTAVO RAMOS DUARTE, the defendant, I have learned, among other things, the following:

       a.     RAMOS DUARTE is a native and citizen of Guatemala.  He is not, and has never been, a citizen of the United States.

       b.     On or about May 31, 2013, RAMOS DUARTE was convicted, after a jury trial in the District of Maryland, of:

    i.     Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846 (Count 1);

    ii.     Conspiracy to Import Controlled Substances into the United States, in violation of 21 U.S.C. § 963 (Count 2);

    iii.     Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. § 1956 (Count 3); and

    iv.     Conspiracy to Smuggle Bulk Cash Out of the United States, in violation of 18 U.S.C. § 371 and 31 U.S.C. § 5332 (Count 4).

       c.     On or about May 31, 2013, the U.S. District Court for the District of Maryland sentenced RAMOS DUARTE to 160 months' imprisonment on each of Counts 1, 2, and 3 to run concurrently, to be followed by 60 months' imprisonment on Count 4 to run consecutively to RAMOS DUARTE's sentence on Counts 1, 2, and 3.

       d.     On or about September 15, 2016, the U.S. District Court for the District of Maryland reduced RAMOS DUARTE's sentence to 151 months' imprisonment.

       e.     On or about July 16, 2021, RAMOS DUARTE was taken into ICE custody, and his fingerprint impressions were taken on or about that date.

       f.     On or about September 24, 2021, a U.S. Immigration Judge ordered RAMOS DUARTE removed from the United States.

       g.     On or about May 18, 2022, ICE removed RAMOS DUARTE to Guatemala via ICE Air Operations.

       h.     On or about July 13, 2025, RAMOS DUARTE was arrested in the Town of Clarkstown in Rockland County, New York by members of the Clarkstown Police Department for third-degree assault with intent to cause physical injury, in violation of New York Penal Law § 120.00(1).

       i.     On or about July 13, 2025, ICE Enforcement and Removal Operations (ERO) received an interoperability alien query (IAQ) notification that a police department had arrested an individual with fingerprints matching those taken in connection with a previous immigration encounter.  Upon review of the automated notification, ICE ERO officers determined that the fingerprints of the individual in custody matched those of RAMOS DUARTE, with an Alien Registration Number of 043997628, Fingerprint Identification Number of 1110930434, and FBI UCN of 11232MA6.  I have also since reviewed photographs of RAMOS DUARTE taken in

connection with his arrest by the Clarkstown Police Department, and his encounters with immigration authorities in 2021 and 2022, and they appear to be of the same person.

j.    On or about July 23, 2025, the U.S. Probation and Pretrial Services Office of the District of Maryland sought a warrant for RAMOS DUARTE's arrest for violations of the supervised release mandated by his May 31, 2013 judgment of conviction.

k.    On or about December 17, 2025, RAMOS DUARTE was arrested by the U.S. Marshals in the Southern District of New York on charges that he had violated the conditions of his supervised release.

l.    On or about December 18, 2025, RAMOS DUARTE appeared in the U.S. District Court for the Southern District of New York, waived an identity hearing, and was ordered to appear in the District of Maryland.

m.    On or about January 7, 2026, RAMOS DUARTE appeared in the U.S. District Court for the District of Maryland on charges that he had violated the conditions of his supervised release and was detained.

4.    ICE has performed searches of all relevant ICE indices and confirmed that, following his May 18, 2022 removal, RAMOS DUARTE never obtained the express consent of the Attorney General of the United States, or the Secretary of Homeland Security, to reapply for admission to the United States.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of NERY GUSTAVO RAMOS DUARTE, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s/ Patrick Shuart (signed by VR with permission)

PATRICK SHUART
Deportation Officer
U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1, this 2nd day of February, 2026.

The Honorable VICTORIA REZNIK
United States Magistrate Judge
Southern District of New York

3